FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GINA D., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  2:20-CV-0434-JTR <br><br> ORDER GRANTING PLAINTIFF'S RENEWED MOTION TO DISMISS |

**BEFORE THE COURT** is Plaintiff's renewed motion for the dismissal of her case.  ECF No. 18.  Attorney Chad L. Hatfield represents Gina D. (Plaintiff); Special Assistant United States Attorney Benjamin J. Groebner represents the Commissioner of Social Security (Defendant).  The parties have consented to proceed before a magistrate judge.  ECF No. 6.

Plaintiff renewed motion requests a dismissal of this action in order to preserve the time and resources of this Court and the Social Security Administration.  *See* ECF No. 18 at 1-2.  Defendant previously indicated Defendant has no objection to Plaintiff's motion to dismiss.  ECF No. 16.  Accordingly, **IT IS HEREBY ORDERED:**

1.    Plaintiff' Amended Motion for Dismissal, **ECF No. 18**, is **GRANTED**.

///

ORDER . . . - 1

2. Plaintiff's Complaint, ECF No. 1, is **DISMISSED**.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED September 15, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2